| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>PEGGY S. RUFFRA<br>Supervising Deputy Attorney General<br>MICHELE J. SWANSON<br>Deputy Attorney General<br>State Bar No. 191193<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5703<br>  Fax:  (415) 703-1234<br>  E-mail:  Michele.Swanson@doj.ca.gov<br>*Attorneys for Respondent* | BRIAN C. MCCOMAS<br>California SBN 273161<br>  The Law Office of B.C. McComas<br>  PMB 1605,<br>  77 Van Ness Ave., Ste. 101<br>  San Francisco, CA  94102<br>  Telephone: (208) 320-0383<br>  Fax: (415) 520-2310<br>  E-mail: mccomas.b.c@gmail.com<br>*Attorney for Petitioner*<br>JUAN FELIPE MELENDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JUAN FELIPE MELENDEZ,**<br><br>                         Petitioner,<br><br>    **v.**<br><br>**ERIC ARNOLD, Warden,**<br><br>                         Respondent. | 15-cv-03753-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>ORDER RESETTING FURTHER CMC |

**JOINT STATEMENT**

    On August 17, 2015, petitioner filed a petition for writ of habeas corpus with this Court. Doc. 1.  The next day, he filed a motion for a stay and abeyance while he exhausted state court remedies before the Santa Clara County Superior Court with respect to the unexhausted claims in the petition.  Doc. 4.  On March 10, 2016, the Court granted the motion to stay the case.  Doc 34.

    Previously, petitioner had filed a petition for writ of habeas corpus with the Santa Clara County Superior Court.  *In re Melendez*, Case No. EE907212.  On April 8, 2016, the Superior Court ordered an evidentiary hearing concerning petitioner's claim that his pretrial counsel was

1

Joint Case Mgmt. Stmt.  (15-cv-03753-EMC)

1  ineffective during plea negotiations. *Id.* On April 25, 2016, the court scheduled the evidentiary
2  hearing for July 29, August 5, and August 12, 2016. *Id.*
3      On May 24, 2016, petitioner moved for appointment of his current counsel in light of his
4  indigence and right to effective assistance of counsel during his initial state collateral review
5  proceeding. *In re Melendez*, Case No. EE907212.  On June 2, 2016, the motion was granted and
6  the undersigned counsel was appointed to represent petitioner through the evidentiary hearing
7  before the Santa Clara County Superior Court. *Id.*
8      Given the status of the case, the parties have no objection to the Court vacating the case
9  management conference, which is scheduled to take place on June 23, 2016 at 10:30 am. *See*
10 Doc. 35.  However, the parties remain willing to appear to address any concerns of the Court.

11 Dated: June 16, 2016                                               Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General

*/s/ Michele J. Swanson*
MICHELE J. SWANSON
Deputy Attorney General
*Attorneys for Respondent*

Dated: June 16, 2016                                                 Respectfully submitted,

*/s/ B.C. McComas*
BRIAN C. MCCOMAS
*Attorney for Petitioner*
JUAN FELIPE MELENDEZ

IT IS SO ORDERED that the Further CMC is reset from 6/23/16 to 10/20/16 at 10:30 a.m.  An updated joint CMC statement shall be filed by 10/13/16.

_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen